| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>DOUMAR, ROBERT G. | 2. Court or Organization<br><br>U. S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA | 3. Date of Report<br><br>8/3/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>Room 420 United States Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 2. ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓ |
| 3. ▓▓▓▓ | ▓▓▓▓▓▓▓▓ |
| 4. ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ |
| 5. ▓▓▓▓ | ▓▓▓▓▓▓▓▓ |
| 6. ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓ |
| 7. ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓ |
| 8. ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ |
| 9. ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ |
| 10. ▓▓▓▓ | ▓▓▓▓▓ |
| 11. ▓▓▓▓ | ▓▓▓ |
| 12. ▓▓▓▓ | ▓▓▓▓▓ |

| Name of Person Reporting | Date of Report |
| --- | --- |
| DOUMAR, ROBERT G. | 8/3/2011 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

|  | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 8/3/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 8/3/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 8/3/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ABBOTT LABS | B | Dividend | K | T | Buy | 01/26/10 | K | | |
| 2. AMERITRADE | A | Interest | J | T | | | | | |
| 3. AT&T | A | Dividend | K | T | Buy | 11/01/10 | J | | |
| 4. BB&T - | E | Dividend | M | T | | | | | |
| 5. BB&T CAPITAL TRUST | D | Interest | M | T | | | | | |
| 6. BANK OF AMERICA | A | Dividend | | | Sold | 01/29/10 | J | | loss |
| 7. BANK OF AMERICA PREFERRED | C | Dividend | L | T | | | | | |
| 8. BLACK ROCK LARGE CAP EQUITY | E | Dividend | O | T | | | | | held in Merrill Lynch IRA |
| 9. BLACK ROCK NAT.BASIC EQUITY | | None | N | T | | | | | held in Merrill Lynch IRA |
| 10. BLACK ROCK PACIFIC NAT, ETC. | | None | M | T | | | | | held in Merrill Lynch IRA |
| 11. CADBURY-SCHWEPS (NOW DR. PEPPER) | A | Dividend | | | Sold | 01/29/10 | J | | loss |
| 12. CAMPOSTELLA SELF-STORAGE | A | Distribution | J | T | | | | | ▓▓▓▓▓ |
| 13. CAPITAL ONE FINANCIAL | A | Dividend | K | T | | | | | |
| 14. CENTURY LINK, fmly CENTURY TELE, INC. | B | Dividend | L | T | | | | | |
| 15. ▓▓▓▓▓▓▓ | C | Distribution | L | W | | | | | |
| 16. CHESAPEAKE ENERGY | A | Dividend | K | T | | | | | |
| 17. CHINA MEDICAL TECH. | | None | K | T | Buy | 12/01/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 8/3/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. CISCO SYSTEMS | | None | K | T | | | | | |
| 19. CITIGROUP PREFERRED (transfer to Citigroup Common Stock | | None | L | T | | | | | |
| 20. CLEVELAND CLIFFS, name changed to CLIFFS NATURAL RESOURCES | A | Dividend | J | T | | | | | |
| 21. CONOCO-PHILLIPS | B | Dividend | K | T | Buy | 09/01/10 | J | | |
| 22. CONSTELLATION ENERGY GROUP | A | Dividend | K | T | Buy | 11/01/10 | K | | |
| 23. CORNING | A | Dividend | K | T | | | | | |
| 24. CSX CORP. | A | Dividend | K | T | | | | | |
| 25. DEVON ENERGY | A | Dividend | K | T | | | | | |
| 26. DIEBOLD | A | Dividend | K | T | | | | | |
| 27. ▨▨▨▨▨▨ | E | Interest | N | W | | | | | |
| 28. DOLLAR TREE STORES | | None | L | T | | | | | |
| 29. ▨▨▨▨▨▨▨ | | None | L | W | | | | | |
| 30. ▨▨▨▨▨▨▨ | E | Dividend | M | W | | | | | |
| 31. DOW CHEMICAL | B | Dividend | K | T | | | | | |
| 32. DUPONT | C | Dividend | L | T | | | | | |
| 33. ECOLAB | A | Dividend | J | T | | | | | Merrill Lynch IRA |
| 34. EL PASO | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50.000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 8/3/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ▓▓▓▓▓▓▓ | | None | M | W | | | | | |
| 36. EMERSON ELECTRIC | B | Dividend | K | T | | | | | Merrill Lynch/ pers.IRA |
| 37. ENVEST, ll | | None | L | W | | | | | |
| 38. EOG RESOURCES, INC. | A | Dividend | M | T | | | | | |
| 39. EXXON MOBIL | B | Dividend | L | T | Buy | 09/01/10 | J | | |
| 40. EWZ-I SHARES BRAZIL | C | Dividend | L | T | | | | | |
| 41. ENTERPRISE PRODUCTS | B | Distribution | K | T | Buy | 09/30/10 | K | | |
| 42. FAIRFIELD ASSOCIATES | C | Distribution | K | T | | | | | |
| 43. ▓▓▓▓▓▓▓ | C | Rent | N | W | | | | | ▓▓▓▓▓ |
| 44. GOLDMAN SACHS | B | Dividend | M | T | Buy (add'l) | 09/30/10 | J | | |
| 45. GREATER CHINA FUND | A | Dividend | M | T | Buy | 04/16/10 | K | | |
| 46. GRUPO TELEVISA | A | Dividend | K | T | | | | | |
| 47. HALLIBURTON | B | Dividend | | | Sold | 10/28/10 | K | G | |
| 48. HARTFORD FINANCIAL | | None | | | Sold | 01/05/10 | J | | loss |
| 49. HOST HOTELS & RESORTS | | None | J | T | Buy | 03/11/10 | J | | |
| 50. ▓▓▓▓▓▓▓ | C | Distribution | L | W | | | | | |
| 51. INGERSOLL RAND | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| DOUMAR, ROBERT G. | 8/3/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. INTEL CORP. | A | Dividend | K | T | | | | | |
| 53. ITT INDUSTRIES | A | Dividend | | | Donated | | | | charitable foundation |
| 54. JACOBS ENGINEERING GROUP | | None | J | T | Buy | 01/15/10 | J | | |
| 55. ░░░░░░░░░░ | | None | M | W | | | | | |
| 56. KEYCORP CAPX | A | Distribution | K | T | | | | | |
| 57. KINDER MORGAN ENERGY PRTNR | C | Distribution | L | T | | | | | |
| 58. LAKEWOOD PLAZA | | None | K | W | | | | | |
| 59. McMINN PLAZA | B | Distribution | J | T | | | | | |
| 60. MERCK | A | Dividend | K | T | | | | | |
| 61. MICROSOFT | A | Dividend | J | T | | | | | |
| 62. MFS TOTAL RETURN FUND | B | Dividend | L | T | | | | | Reinvest dividends |
| 63. MOTOROLA | | None | J | T | | | | | |
| 64. NVIDIA CORP. | | None | K | T | | | | | |
| 65. NORFOLK SOUTHERN | B | Dividend | L | T | | | | | |
| 66. ONEOK PARTNERS | C | Distribution | L | T | | | | | |
| 67. PENN VA. RESOURCE PARTNERS | B | Distribution | K | T | Buy | 02/01/10 | K | | |
| 68. PINELAND STATION | | None | K | W | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DOUMAR, ROBERT G.** | 8/3/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. PLAINS ALL AMERICAN PIPELINE | C | Distribution | L | T | | | | | |
| 70. ▨▨▨▨▨ | | None | M | W | | | | | |
| 71. ▨▨▨▨▨ | | None | N | W | | | | | |
| 72. THE RESERVE AT HERON'S RIDGE | | None | M | W | | | | | |
| 73. RAYONIER | A | Dividend | K | T | Buy | 03/30/10 | K | | |
| 74. ROYAL DUTCH PETROLEUM | B | Dividend | K | T | Buy | 11/01/10 | K | | |
| 75. ▨▨▨▨▨ | B | Distribution | J | W | | | | | |
| 76. STARWOOD HOTELS | A | Dividend | K | T | | | | | |
| 77. SUBURBAN PROPANE | C | Dividend | K | T | | | | | |
| 78. SUNTRUST CHECKING | A | Interest | K | T | | | | | |
| 79. SUNTRUST | A | Dividend | M | T | | | | | |
| 80. SUNTRUST SECURITIES | C | Interest | O | T | | | | | |
| 81. TAIWAN SEMICONDUCTOR | A | Dividend | K | T | | | | | |
| 82. TEXTRON | A | Dividend | L | T | | | | | |
| 83. TOWNEBANK | | | O | T | Redeemed | 01/29/10 | K | | |
| 84. TOWNEBANK NOTES | F | Interest | O | T | | | | | |
| 85. TOWNEBANK CONVERTIBLE NOTE | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 8/3/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. TOWNEBANK CONVERTIBLE NOTE | B | Interest | M | T | | | | | |
| 87. ▓▓▓▓▓▓ | | None | J | T | | | | | |
| 88. UBS Financial - money market | A | Interest | J | T | | | | | |
| 89. WEDMORE PLACE | | None | J | W | | | | | |
| 90. WELLS FARGO | | None | L | T | | | | | |
| 91. WORLD ACCEPTANCE GRP | | None | K | T | | | | | |
| 92. ▓▓▓▓ | | None | O | W | | | | | |
| 93. WINDSTREAM CORP. | A | Dividend | J | T | | | | | |
| 94. ▓▓▓▓▓▓ | | | | | | | | | |
| 95. ▓▓▓▓▓▓ | | | | | | | | | |
| 96. ▓▓▓▓▓▓ | | | | | | | | | |
| 97. Air Products Chem. | A | Dividend | J | T | | | | | |
| 98. Alexandria, Va. Const. Pub. | B | Interest | K | T | Buy | 01/04/10 | K | | |
| 99. Altria Group | A | Dividend | J | T | | | | | |
| 100. Amazon | | None | J | T | Buy | 01/04/10 | J | | |
| 101. Apache | A | Dividend | J | T | Buy | 01/04/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 8/3/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 102. AT&T | A | Dividend | J | T | | | | | |
| 103. Automatic Data Processing | A | Dividend | J | T | | | | | |
| 104. BB&T | B | Dividend | L | T | | | | | |
| 105. BB&T - checking/money market | A | Interest | K | T | | | | | |
| 106. Baxter Intern. | A | Dividend | K | T | Buy | 09/21/10 | K | | |
| 107. Black Rock Va. Muni. Tr. | A | Dividend | J | T | Buy | 01/04/10 | J | | |
| 108. Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 109. CBS Corp. | A | Dividend | J | T | | | | | |
| 110. CMA Tax Exempts Bonds | A | Interest | J | T | | | | | |
| 111. Celegene Corp. | | None | J | T | Buy | 04/30/10 | J | | |
| 112. Cnook, Ltd. | A | Dividend | J | T | Buy | 01/04/10 | J | | |
| 113. Chevron | A | Dividend | J | T | | | | | |
| 114. Coca-Cola | A | Dividend | J | T | | | | | |
| 115. Comcast | A | Dividend | J | T | | | | | |
| 116. Com. Bankers Trust, formerly Essex Bank | | None | K | T | | | | | |
| 117. Costco Wholesale | A | Dividend | J | T | | | | | |
| 118. CVS Caremark | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 8/3/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 119. Morgan-Stanley Dean Witter Trust Premium Income Trust | C | Dividend | J | T | | | | | |
| 120. Morgan-Stanley Dean Witter Tax Exempt Sec.D | D | Interest | M | T | | | | | |
| 121. Dentsply Int. | A | Dividend | J | T | | | | | |
| 122. Diageo PLC | A | Dividend | K | T | | | | | |
| 123. Diversified Investment Group (Investment Club) | A | Dividend | J | W | | | | | |
| 124. Eaton Vance Grtr Ch.Gwth | A | Dividend | J | T | | | | | |
| 125. Emerson Electric | A | Dividend | J | T | | | | | |
| 126. Endo Pharma. Holdings | | None | J | T | Buy | 01/04/10 | J | | |
| 127. Exxon Mobil | A | Dividend | J | T | Buy | 01/04/10 | J | | |
| 128. Fairmont Comm., now Fairpoint Comm. | | None | J | T | | | | | |
| 129. Ford Motor Co. | | None | J | T | Buy | 12/17/10 | J | | |
| 130. General Mills | A | Dividend | J | T | | | | | |
| 131. Genuine Parts Co. | A | Dividend | J | T | | | | | |
| 132. Goldman Sachs | A | Dividend | J | T | | | | | |
| 133. Guardian Life Insurance Co. | A | Interest | J | T | | | | | |
| 134. Home Depot | B | Dividend | K | T | Buy | 01/04/10 | K | | |
| 135. IBM | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 8/3/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 136. Intercapital Insd.Mun.Income | C | Interest | K | T | | | | | |
| 137. Intercapital Insd.Mun.Trust | C | Interest | K | T | | | | | |
| 138. Intercapital Quality Muni TR | C | Interest | L | T | | | | | |
| 139. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 140. Kellogg | A | Dividend | J | T | | | | | |
| 141. Life Ptnrs Holding | A | Dividend | J | T | Buy | 01/04/10 | J | | |
| 142. McDonalds | A | Dividend | K | T | | | | | |
| 143. Merrill Lynch Basic Value Fund | A | Dividend | J | T | | | | | |
| 144. ML Lee Acquisition Fund 89 | A | Interest | J | T | | | | | |
| 145. ML Venture Partners (LP87) | A | Distribution | J | T | | | | | |
| 146. Medtronic | A | Dividend | K | T | | | | | |
| 147. Merck | B | Dividend | K | T | | | | | |
| 148. Microsoft | A | Dividend | K | T | | | | | |
| 149. Ameritrade | A | Dividend | J | T | | | | | Transfrd to Merrill Lynch |
| 150. Mosaic Co. | A | Dividend | J | T | Buy | 03/30/10 | J | | |
| 151. Norfolk Southern | A | Dividend | J | T | | | | | |
| 152. Nuvasive, Inc. | | None | J | T | Buy | 01/04/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 8/3/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 153. Patterson | A | Dividend | J | T | Buy | 07/27/10 | J | | |
| 154. Petrelo | A | Dividend | J | T | Buy | 01/04/10 | J | | |
| 155. Pfizer | A | Dividend | J | T | | | | | |
| 156. Phillip Morris | A | Dividend | J | T | | | | | |
| 157. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 158. Schlumberger | A | Dividend | K | T | | | | | |
| 159. Stercycle | A | Dividend | J | T | Buy | 01/04/10 | J | | |
| 160. Tesco | A | Dividend | K | T | | | | | |
| 161. United Techs Corp. | A | Dividend | K | T | | | | | |
| 162. USTIhc | A | Dividend | K | T | | | | | |
| 163. VA State PBA Pub. | B | Interest | K | T | Buy | 01/04/10 | K | | |
| 164. VA CLG Bldg. Va. | B | Interest | K | T | Buy | 01/04/10 | K | | |
| 165. VA State Res. Auth. | B | Interest | K | T | Buy | 01/04/10 | K | | |
| 166. VF Corp. | A | Dividend | J | T | | | | | |
| 167. Verizon Comm. | A | Dividend | J | T | | | | | |
| 168. Vodafone | A | Dividend | J | T | | | | | |
| 169. Walgreen Co. | A | Dividend | J | T | Buy | 09/21/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000.001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 8/3/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 170. Wisconsin Energy Corp. | A | Dividend | J | T | Buy | 01/04/10 | J | | |
| 171. ▒▒▒▒▒▒▒▒ | | | | | | | | | |
| 172. Apple, Inc. | | | | | | | | | |
| 173. AT&T | | | | | | | | | |
| 174. BHP Billiton Ltd ADR | | | | | | | | | |
| 175. Boeing Company | | | | | | | | | |
| 176. Caterpillar, Inc. Del | | | | | | | | | |
| 177. Celgene Corp. Com | | | | | | | | | |
| 178. Chesapeake Energy Okla | | | | | | | | | |
| 179. Cisco Systems, Inc. Com | | | | | | | | | |
| 180. Coca-Cola Com. | | | | | | | | | |
| 181. Costco Wholesale Corp | | | | | | | | | |
| 182. CVS Caremark Corp. | | | | | | | | | |
| 183. Diageo PLC SPSD ADR | | | | | | | | | |
| 184. Exxon Mobil Corp. Com | | | | | | | | | |
| 185. General Electric | | | | | | | | | |
| 186. Ishares MSCI Malaysia | | | | | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 8/3/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. Johnson & Johnson Com | | | | | | | | | |
| 188. JP Morgan Chase & Co. | | | | | | | | | |
| 189. Kaydon Corp. | | | | | | | | | |
| 190. Lafarge ADR New | | | | | | | | | |
| 191. Marathon Oil Corp. | | | | | | | | | |
| 192. Medtronic, Inc. Com | | | | | | | | | |
| 193. MEDMC Electr Matls Inc. | | | | | | | | | |
| 194. Noble Corp. Namen-AKT | | | | | | | | | |
| 195. Northrop Grummon Corp. | | | | | | | | | |
| 196. Novaris ADR | | | | | | | | | |
| 197. Nucor Corp | | | | | | | | | |
| 198. Oracle Corp. $0.01 Del | | | | | | | | | |
| 199. Petrleo Bras Vtg. SPD ADR | | | | | | | | | |
| 200. Potash Corp. Saskatchewan | | | | | | | | | |
| 201. Seaspan Corp. | | | | | | | | | |
| 202. Thermo Fisher Scientific | | | | | | | | | |
| 203. Towne Bank | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 8/3/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 204. | | | | | | | | | |
| 205. Vale SA | | | | | | | | | |
| 206. Vasco Data Security Intl | | | | | | | | | |
| 207. Verizon Comm. | | | | | | | | | |
| 208. Vestas Wind Systems | | | | | | | | | |
| 209. Zimmer Holdings, Inc. | | | | | | | | | |
| 210. Zoltek Cos Inc. | | | | | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000            M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                    T =Cash Market
   (See Column C2)              U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 8/3/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII - INVESTMENTS



| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 8/3/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ROBERT G. DOUMAR**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544